Nov. Term,.
**1861.**

OVERTON and Another *v.* BEHYMER.

HALSTEAD
*v.*
BROWN.

Monday,
December 2.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, on the case of *Rigsbee* v. *Bowler*, *ante*, p. 167.

It should be observed, that this suit was pending when the act on the subject of jurisdiction, in the Laws of 1861, p. 48, was passed. It may be further observed, that the judgment below was upon a default, and no motion to set aside has been made.

Judgment is affirmed, with 5 per cent. damages and costs.

*David Snyder*, for the appellants.

*F. Rand*, for the appellee.